# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION | Case No. 2:18-md-2846<br><br>JUDGE EDMUND A. SARGUS, JR.<br>Magistrate Judge Kimberly A. Jolson |
| This document relates to:<br>*Rickelman v. CR Bard et al.*,<br>Case No. 2:20-cv-5807 | |

## OPINION AND ORDER

On November 17, 2020, Plaintiff Evelyn Rickelman filed an amended complaint in this multidistrict litigation ("MDL"). (ECF No. 2.) On February 12, 2021, Plaintiff filed a Notice of Suggestion of Death. (ECF No. 4.) When a party dies, Federal Rule of Civil Procedure 25(a)(1) permits a motion for substitution by "any party or the decedent's successor or representative. If the motion for substitution is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed." Fed. R. Civ. Proc. 25(a)(1). No Motion to Substitute has been filed, and Plaintiff's counsel has indicated to Defendants that no motion will be filed. Plaintiff did not file a response in opposition to the Motion, therefore the Court will treat the Motion as unopposed. *See* Local Civil Rule 7.2 ("Any memorandum in opposition shall be filed within twenty-one days after the date of the service of the motion."). Accordingly, Defendants' Motion to Dismiss is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

| | |
|---|---|
| **2/11/2022**<br>**DATE** | s/Edmund A. Sargus, Jr.<br>**EDMUND A. SARGUS, JR.**<br>**UNITED STATES DISTRICT JUDGE** |